Rick L. Koehmstedt, Wyoming Bar No. 6-3101
SCHWARTZ, BON, WALKER & STUDER, LLC
141 South Center, Suite 500
Casper, WY  82601
307-235-6681
307-234-5099 fax
rick@schwartzbon.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ONSTREAM MEDIA CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br><br>ZERIFY INC.,<br><br>　　　　　　　　Defendant. | Case No.  22:cv-00196-ABJ |

### **NOTICE OF STIPULATION FOR EXTENSION TO ANSWER**

COMES NOW Plaintiff Onstream Media Corporation ("Onstream") and hereby notifies the Court that Plaintiff Onstream has stipulated and agreed to a thirty (30) day extension for Defendant to answer the Complaint to allow the parties to engage is early discussions for possible resolution of the case.

Dated: October 3, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Rick Koehmstedt_
　　　　　　　　　　　　　　　　　　　　　　　Rick L. Koehmstedt, WSB 6-3101
　　　　　　　　　　　　　　　　　　　　　　　Schwartz, Bon, Walker & Studer, LLC
　　　　　　　　　　　　　　　　　　　　　　　141 S. Center St., Ste. 500
　　　　　　　　　　　　　　　　　　　　　　　Casper, WY 82601
　　　　　　　　　　　　　　　　　　　　　　　(307) 235-6681
　　　　　　　　　　　　　　　　　　　　　　　(307) 234-5099 fax
　　　　　　　　　　　　　　　　　　　　　　　rick@schwartzbon.com